## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| COLUMBUS BAKER, et al. | : | CASE NO. 2:11-cv-00837 |
| Plaintiffs, | : | Judge Algenon Marbley |
| | | Magistrate Judge Mark R. Abel |
| vs. | : | |
| SENTRY CREDIT, INC., et al. | : | STIPULATION AND ENTRY OF DISMISSAL |
| Defendants. | : | |

The parties, through counsel, hereby stipulate and agree that the within case may be dismissed in its entirety, **WITH PREJUDICE**. It appearing to the Court that the parties have so stipulated, it is,

**ORDERED, ADJUDGED AND DECREED** that the within case be, and hereby is, **DISMISSED**, in its entirety, **WITH PREJUDICE**. This Court retains jurisdiction to enforce the Settlement Agreement among the parties.

IT IS SO ORDERED.

_Mark R. Abel_
**Magistrate Judge Mark R. Abel**

- 1 -

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing *Stipulation and Entry of Dismissal*

was served this 10th day of September 2012 upon the following via the Court's electronic filing

system:

Eric E. Willison (eewillison@earthlink.net)
*Counsel for Plaintiff*

Stephen C. Findley (sfindley@ffalaw.com)
Sandra R. McIntosh (smcintosh@ffalaw.com)
*Counsel for Defendant Germain on Scarbrough LLC*

Barbara Friedman Yaksic (byaksic@mcglinchey.com)
*Counsel for Defendant Toyota Motor Credit Corporation*


/s/ *Rose Marie L. Fiore*
Rose Marie L. Fiore